AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Victor Hugo Bautista Colorado,

               Petitioner,

  v.

Michael Bernacke et al.,

               Respondents.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00379-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Petitioner, Victor Hugo Bautista Colorado, and against Respondents, Michael Bernacke, John Mattos, Kristi Noem, Rodney S. Scott, and Pamela Jo Bondi. The (ECF No. 1) Petition for Writ of Habeas Corpus is GRANTED.

02/25/2026  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk